1016

No. 98–1673. SMEDVIG TANKSHIPS, LTD., ET AL. v. ABUAN, GUARDIAN ON BEHALF OF VALDEZ. Ct. App. La., 4th Cir. Motion of Norwegian Shipowners' Association for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 98–1790. PIETRANGELO v. UNITED STATES SENATE. C. A. 6th Cir. Certiorari before judgment denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 98–9674 (A–1047). THOMAS v. TAYLOR, WARDEN. C. A. 4th Cir. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

No. 98–1370. CARRERAS v. UNITED STATES, 526 U. S. 1021;
No. 98–1379. LENTINO ET AL. v. CAGE, 526 U. S. 1087;
No. 98–1380. LENTINO v. CAGE, 526 U. S. 1087;
No. 98–1398. WEISSER v. FLORIDA BAR, 526 U. S. 1087;
No. 98–7982. OWENS v. LIVERGOOD ET AL., 526 U. S. 1071;
No. 98–8178. BALEY v. FORD MOTOR CO., 526 U. S. 1089;
No. 98–8281. CUNNINGHAM v. WOODS, WARDEN, ET AL., 526 U. S. 1100;
No. 98–8291. SHAYESTEH v. UNITED STATES, 526 U. S. 1045;
No. 98–8319. CAVALIERI-CONWAY v. CALIFORNIA BOARD OF EQUALIZATION ET AL., 526 U. S. 1091;
No. 98–8375. WHATLEY v. GEORGIA, 526 U. S. 1101;
No. 98–8385. ROBINSON v. UNITED STATES, 526 U. S. 1058; and
No. 98–8391. WILLIAMS v. APFEL, COMMISSIONER OF SOCIAL SECURITY, ET AL., 526 U. S. 1102. Petitions for rehearing denied.

No. 98–7668. TURNER v. UTAH DEPARTMENT OF WORKFORCE SERVICES ET AL., 526 U. S. 1024. Motion for leave to file petition for rehearing denied.

JUNE 15, 1999

No. 98–9805 (A–1061). IN RE KILGORE. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS,